**LAUREL COUNTY, Movant, v. William REAMS, Opposed.**

Court of Appeals of Kentucky.

June 12, 1945.

C. R. Luker for movant.

H. C. Clay and R. B. Johnson opposed.

PER CURIAM.

Motions for appeal from judgment of Laurel circuit court in favor of movant for $250 on contract, denied. Judgment affirmed on appeal and cross appeal.